UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

NATUSKA NIGHTHAWK,

        Petitioner,

                                Case Number 06-13614-BC
v.                                         Honorable Thomas L. Ludington

KEN ROMANOWSKI,

       Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion order granting the respondent's motion for summary judgment,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of the respondent and against the petitioner.

It is further **ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

                                          s/Thomas L. Ludington
                                          THOMAS L. LUDINGTON
                                          United States District Judge

Dated: June 1, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 1, 2007.

                                  s/Tracy A. Jacobs
                                  TRACY A. JACOBS